MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2504. Martin v. Walker.**

In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2547. Burrell v. Haskins.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2629. Collins v. Carter.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2638. State ex rel. Lovett v. Ohio Adult Parole Auth.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2657. State ex rel. Jones v. Tate.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## DISMISSALS, SUA SPONTE, NO SUBSTANTIAL CONSTITUTIONAL QUESTION AND DISCRETIONARY APPEALS, IF APPLICABLE, NOT ALLOWED

**97–1520. State v. Metz.**
Washington App. No. 96CA03.

**97–1707. State v. Mitchell.**
Cuyahoga App. No. 70437.

**97–1819. State v. Zanders.**
Summit App. No. 18302.

**97–2074. State v. Bell.**
Perry App. No. 96CA27.

**97–2080. State v. Smith.**
Portage App. No. 96–P–0275.

**97–2082. State v. Sunnycalb.**
Butler App. No. CA96–11–246.

**97–2098. State v. Terry.**
Hamilton App. No. C–960548.

**97–2105. State v. Nooks.**
Madison App. No. CA97–09–039.

**97–2106. State v. Turner.**
Allen App. No. 1–96–27.

**97–2109. State v. Alvarez.**
Lorain App. No. 97CA006843.

**97–2114. Osborne v. Ohio Edison, Inc.**
Summit App. No. 18179.
COOK, J., not participating.

**97–2117.   Morris v. State Farm Auto. Ins. Co.**
Tuscarawas App. Nos. 97AP010001 and 97AP010002.

**97–2124.   State v. Poindexter.**
Hamilton App. No. C–960780.

**97–2125.   State v. Pendang.**
Hamilton App. No. C–960644.

**97–2131.   State v. Becker.**
Clermont App. No. CA97–03–028.

**97–2132.   State v. Bell.**
Marion App. No. 9–97–27.

**97–2151.   Reynolds v. Morris.**
Franklin App. No. 97APE02–227.   (Appeal of Darl E. Reynolds and cross-appeal of Michael S. Morris.)
    DOUGLAS, J., dissents.

**97–2152.   State v. Montgomery.**
Portage App. No. 95–P–0034.

**97–2155.   Lovejoy v. Macek.**
Lake App. No. 96–L–149.
    LUNDBERG STRATTON, J., dissents.

**97–2157.   Koslen v. Am. Red Cross.**
Cuyahoga App. No. 71733.

**97–2158.   State v. Brown.**
Stark App. No. 1996CA00251.

**97–2163.   Kassouf v. Pantona.**
Cuyahoga App. No. 71156.

**97–2167.   State v. Bates.**
Cuyahoga App. No. 71383.

**97–2168.   State v. Mitchell.**
Summit App. No. 18369.

**97–2171.   State v. Windmiller.**
Lorain App. No. 97CA006886.
    DOUGLAS, J., not participating.

**97–2172.   State v. Carlisle.**
Hamilton App. No. C–960675.

**97–2173.   State v. Jones.**
Montgomery App. No. 16123.

**97–2174.   State v. Smith.**
Wayne App. No. 96CA0081.

**97–2176.   State v. Baisden.**
Franklin App. No. 97APA02–235.

**97–2178.   State v. Gawloski.**
Cuyahoga App. No. 71659.

**97–2180.   State v. Smith.**
Cuyahoga App. No. 70855.

**97–2190.   State v. Stevens.**
Summit App. No. 18300.

**97–2191.   State v. Phillips.**
Summit App. No. 18500.

**97–2194.   State v. Orr.**
Montgomery App. No. 16750.

**97–2195.   Nolan v. Ormet Corp.**
Monroe App. No. 790.

**97–2196.   State v. Ray.**
Belmont App. No. 96–BA–12.
   PFEIFER, J., dissents.

**97–2201.   Cunningham v. Cunningham.**
Cuyahoga App. No. 72471.
   LUNDBERG STRATTON, J., dissents.

**97–2203.   State v. Foster.**
Summit App. No. 18169.

**97–2206.   State v. Lenoir.**
Montgomery App. No. 15469.

**97–2207.   State v. Holt.**
Hamilton App. No. C–960140.
   F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**97–2210.   State v. Vender.**
Medina App. No. 2614–M.

**97–2215.   Sain v. Allstate Ins. Co.**
Franklin App. No. 97APG04–502.

**97–2221.   Natl. Lime & Stone Co. v. Ohio Div. of Mines & Reclamation.**
Allen App. No. 1–97–26.
   DOUGLAS, J., dissents.

**97–2224.   Pingue v. Porter, Wright, Morris & Arthur.**
Franklin App. No. 96APE11–1613.

**97–2230.   State v. McMinn.**
Medina App. No. 2653–M.

**97–2238.   State v. Reynolds.**
Montgomery App. No. 16110.

**97–2240.   State v. Solivan.**
Cuyahoga App. No. 71972.

**97–2244.   State v. Burnett.**
Hamilton App. No. C–960922.

**97–2246.   Moore v. Consol. Rail Corp.**
Stark App. Nos. 1996CA00317 and 1996CA00323.   Discretionary appeal and motion for admission *pro hac vice* of Nancy Winkelman denied.
   DOUGLAS and COOK, JJ., not participating.

**97–2251.   State v. Hayden.**
Franklin App. No. 95APA05–559.

**97–2252.   State v. Young.**
Summit App. No. 18354.

**97–2260.   Bouquett v. State Med. Bd. of Ohio.**
Franklin App. No. 96APE12–1701.

**97–2262.  State v. Kendricks.**
Cuyahoga App. No. 72163.
  MOYER, C.J., and DOUGLAS, J., dissent.

**97–2272.  State v. Vroman.**
Ross App. No. 95CA2138.

**97–2275.  State v. Hinkle.**
Perry App. No. CA9646.

**97–2277.  State v. Burnett.**
Cuyahoga App. No. 72373.

**97–2278.  Howard v. Covenant Apostolic Church, Inc.**
Hamilton App. No. C–960844.
  MOYER, C.J., would allow on Proposition of Law No. II only.
  PFEIFER, J., would allow.

**97–2280.  State v. Evans.**
Hamilton App. No. C–960906.
  PFEIFER, J., dissents.

**97–2285.  Stan v. Quarto Mining Co.**
Monroe App. No. 787.
  MOYER, C.J., and RESNICK, J., dissent.

**97–2287.  State v. Wyckhouse.**
Henry App. No. 7–96–7.
  RESNICK, J., not participating.

**97–2288.  State v. Buoscio.**
Summit App. No. 18758.

**97–2291.  State v. Gorman.**
Hamilton App. No. C–960966.

**97–2295.  State v. Fejes.**
Wayne App. No. 96CA0088.

**97–2304.  State v. Gipson.**
Hamilton App. Nos. C–960867 and C–960881.

**97–2305.  State v. Thomson.**
Lucas App. No. L–97–1127.
  RESNICK, J., not participating.

**97–2307.  State v. Justice.**
Summit App. No. 18141.

**97–2308.  State v. Lewis.**
Trumbull App. No. 96–T–5577.

**97–2309.  State v. Justice.**
Cuyahoga App. No. 72984.
  MOYER, C.J., and PFEIFER, J., would allow and hold this cause for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419.

**97–2335.  State v. Green.**
Hamilton App. Nos. C–961016, C–970085 and C–970104.

**97–2347.  King v. Granville.**
Licking App. Nos. 97CA29 and 97CA34.

**97–2386.  State v. Lemley.**
Knox App. No. 97CA1.